UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Lois H. Goodman |
| v. | Mag. No. 14-4518 (LHG) |
| HERVE CADET, et. al. | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by R. Joseph Gribko, and Elisa Wiygul Assistant U.S. Attorneys), and defendants through their undersigned counsel, for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days; and six continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and defendants being aware that they have the right to have the matter submitted to a grand jury within 30 days of the date of their arrest pursuant to Title 18, United States Code, Section 3161(b); and as the defendants have consented to such a continuance for a period of 60 days, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and defendants desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 17th day of November, 2015,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from November 11, 2015 through and including January 11, 2016;

IT IS FURTHER ORDERED that the period from November 11, 2015 through and including January 11, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

APPROVED BY:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
Eric W. Moran
Attorney-in-Charge, Trenton

_____
William E. Fitzpatrick
Deputy U.S. Attorney

2

| | |
|---|---|
| _____ <br> Edward C. Bertucio, Jr. <br> Attorney for Defendant Eric Smith | _____ <br> Robert Haney <br> Attorney for Defendant Dwight Simon |
| _____ <br> Alyssa A. Cimino <br> Attorney for Defendant Evens Joseph | _____ <br> Mark Davis <br> Attorney for Defendant Harriel Jean-Baptiste |
| _____ <br> James R. Murphy <br> Attorney for Defendant Junior Parcias | _____ <br> Joshua L. Markowitz <br> Attorney for Defendant Laurie Matthews |
| _____ <br> John M. Holliday <br> Attorney for Defendant Jerrel Collins | _____ <br> Maria Noto <br> Attorney for Defendant Kurtis Barnes |
| _____ <br> Edward J. Plaza <br> Attorney for Defendant Reginald Walker | _____ <br> Nikole A. Pezzullo <br> Attorney for Defendant Mackenson Casimir |
| _____ <br> Michael A. Armstrong <br> Attorney for Defendant Shakira Cox | _____ <br> Aidan O'Connor <br> Attorney for Defendant Amal Blaine |
| _____ <br> Bruce Throckmorton <br> Attorney for Defendant Steven Baptiste-Jean | _____ <br> Darren M. Gelber <br> Attorney for Defendant Athena Giles |
| _____ <br> Charles Waldron <br> Attorney for Defendant Brandon Keyes | |

3

_____  
Edward C. Bertucio, Jr.  
Attorney for Defendant Eric Smith

_____  
Robert Haney  
Attorney for Defendant Dwight Simon

_____  
Alyssa A. Cimino  
Attorney for Defendant Evens Joseph

_____  
Mark Davis  
Attorney for Defendant Harriel Jean-Baptiste

_____  
James R. Murphy  
Attorney for Defendant Junior Parcias

_____  
Joshua L. Markowitz  
Attorney for Defendant Laurie Matthews

_____  
John M. Holliday  
Attorney for Defendant Jerrel Collins

_____  
Maria Noto  
Attorney for Defendant Kurtis Barnes

_____  
Edward J. Plaza  
Attorney for Defendant Reginald Walker

_____  
Nikole A. Pezzullo  
Attorney for Defendant Mackenson Casimir

_____  
Michael A. Armstrong  
Attorney for Defendant Shakira Cox

_____  
Aidan O'Connor  
Attorney for Defendant Amal Blaine

_____  
Bruce Throckmorton  
Attorney for Defendant Steven Baptiste-Jean

_____  
Darren M. Gelber  
Attorney for Defendant Athena Giles

_____  
Charles Waldron  
Attorney for Defendant Brandon Keyes

| | |
|---|---|
| _____<br>Edward C. Bertucio, Jr.<br>Attorney for Defendant Eric Smith | _____<br>Robert Haney<br>Attorney for Defendant Dwight Simon |
| _____<br>Alyssa A. Cimino<br>Attorney for Defendant Evens Joseph | _____<br>Mark Davis<br>Attorney for Defendant Harriel Jean-Baptiste |
| _____<br>James R. Murphy<br>Attorney for Defendant Junior Parcias | _____<br>Joshua L. Markowitz<br>Attorney for Defendant Laurie Matthews |
| _____<br>John M. Holliday<br>Attorney for Defendant Jerrel Collins | _____<br>Maria Noto<br>Attorney for Defendant Kurtis Barnes |
| _____<br>Edward J. Plaza<br>Attorney for Defendant Reginald Walker | _____<br>Nikole A. Pezzullo<br>Attorney for Defendant Mackenson Casimir |
| _____<br>Michael A. Armstrong<br>Attorney for Defendant Shakira Cox | _____<br>Aidan O'Connor<br>Attorney for Defendant Amal Blaine |
| _____<br>Bruce Throckmorton<br>Attorney for Defendant Steven Baptiste-Jean | _____<br>Darren M. Gelber<br>Attorney for Defendant Athena Giles |
| _____<br>Charles Waldron<br>Attorney for Defendant Brandon Keyes | |

_____  
Edward C. Bertucio, Jr.  
Attorney for Defendant Eric Smith

_____  
Robert Haney  
Attorney for Defendant Dwight Simon

_____  
Alyssa A. Cimino  
Attorney for Defendant Evens Joseph

_____  
Mark Davis  
Attorney for Defendant Harriel Jean-Baptiste

_____  
James R. Murphy  
Attorney for Defendant Junior Parcias

_____  
Joshua L. Markowitz  
Attorney for Defendant Laurie Matthews

_____  
John M. Holliday  
Attorney for Defendant Jerrel Collins

_____  
Maria Noto  
Attorney for Defendant Kurtis Barnes

_____  
Edward J. Plaza  
Attorney for Defendant Reginald Walker

_____  
Nikole A. Pezzullo  
Attorney for Defendant Mackenson Casimir

_____  
Michael A. Armstrong  
Attorney for Defendant Shakira Cox

_____  
Aidan O'Connor  
Attorney for Defendant Amal Blaine

_____  
Bruce Throckmorton  
Attorney for Defendant Steven Baptiste-Jean

_____  
Darren M. Gelber  
Attorney for Defendant Athena Giles

_____  
Charles Waldron  
Attorney for Defendant Brandon Keyes

3

_____
Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

_____
Robert Haney
Attorney for Defendant Dwight Simon

_____
Alyssa A. Cimino
Attorney for Defendant Evens Joseph

_____
Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

*/s/ James R. Murphy*
_____
James R. Murphy
Attorney for Defendant Junior Parcias

_____
Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

_____
John M. Holliday
Attorney for Defendant Jerrel Collins

_____
Maria Noto
Attorney for Defendant Kurtis Barnes

_____
Edward J. Plaza
Attorney for Defendant Reginald Walker

_____
Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

_____
Michael A. Armstrong
Attorney for Defendant Shakira Cox

_____
Aidan O'Connor
Attorney for Defendant Amal Blaine

_____
Bruce Throckmorton
Attorney for Defendant Steven Baptiste-Jean

_____
Darren M. Gelber
Attorney for Defendant Athena Giles

_____
Charles Waldron
Attorney for Defendant Brandon Keyes

3

_____
Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

_____
Robert Haney
Attorney for Defendant Dwight Simon

_____
Alyssa A. Cimino
Attorney for Defendant Evens Joseph

_____
Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

_____
James R. Murphy
Attorney for Defendant Junior Parcias

_____
Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

_____
John M. Holliday
Attorney for Defendant Jerrel Collins

_____
Maria Noto
Attorney for Defendant Kurtis Barnes

_____
Edward J. Plaza
Attorney for Defendant Reginald Walker

_____
Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

_____
Michael A. Armstrong
Attorney for Defendant Shakira Cox

_____
Aidan O'Connor
Attorney for Defendant Amal Blaine

_____
Bruce Throckmorton
Attorney for Defendant Steven Baptiste-Jean

_____
Darren M. Gelber
Attorney for Defendant Athena Giles

_____
Charles Waldron
Attorney for Defendant Brandon Keyes

3

| | |
|---|---|
| Edward C. Bertucio, Jr.<br>Attorney for Defendant Eric Smith | Robert Haney<br>Attorney for Defendant Dwight Simon |
| Alyssa A. Cimino<br>Attorney for Defendant Evens Joseph | Mark Davis<br>Attorney for Defendant Harriel Jean-Baptiste |
| James R. Murphy<br>Attorney for Defendant Junior Parcias | Joshua L. Markowitz<br>Attorney for Defendant Laurie Matthews |
| John M. Holliday<br>Attorney for Defendant Jerrel Collins | Maria Noto<br>Attorney for Defendant Kurtis Barnes |
| Edward J. Plaza<br>Attorney for Defendant Reginald Walker | Nikole A. Pezzullo<br>Attorney for Defendant Mackenson Casimir |
| Michael A. Armstrong<br>Attorney for Defendant Shakira Cox | Aidan O'Connor<br>Attorney for Defendant Amal Blaine |
| Bruce Throckmorton<br>Attorney for Defendant Steven Baptiste-Jean | Darren M. Gelber<br>Attorney for Defendant Athena Giles |
| Charles Waldron<br>Attorney for Defendant Brandon Keyes | |

3

---
Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

---
Robert Haney
Attorney for Defendant Dwight Simon

---
Alyssa A. Cimino
Attorney for Defendant Evens Joseph

---
Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

---
James R. Murphy
Attorney for Defendant Junior Parcias

---
Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

---
John M. Holliday
Attorney for Defendant Jerrel Collins

---
Maria Noto
Attorney for Defendant Kurtis Barnes

---
Edward J. Plaza
Attorney for Defendant Reginald Walker

---
Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

---
Michael A. Armstrong
Attorney for Defendant Shakira Cox

---
Aidan O'Connor
Attorney for Defendant Amal Blaine

---
Bruce Throckmorton
Attorney for Defendant Steven Baptiste-Jean

---
Darren M. Gelber
Attorney for Defendant Athena Giles

---
Charles Waldron
Attorney for Defendant Brandon Keyes

| | |
|---|---|
| Edward C. Bertucio, Jr.<br>Attorney for Defendant Eric Smith | Robert Haney<br>Attorney for Defendant Dwight Simon |
| Alyssa A. Cimino<br>Attorney for Defendant Evens Joseph | Mark Davis<br>Attorney for Defendant Harriel Jean-Baptiste |
| James R. Murphy<br>Attorney for Defendant Junior Parcias | Joshua L. Markowitz<br>Attorney for Defendant Laurie Matthews |
| John M. Holliday<br>Attorney for Defendant Jerrel Collins | Maria Noto<br>Attorney for Defendant Kurtis Barnes |
| */s/ Edward J. Plaza/*<br>Edward J. Plaza<br>Attorney for Defendant Reginald Walker | Nikole A. Pezzullo<br>Attorney for Defendant Mackenson Casimir |
| Michael A. Armstrong<br>Attorney for Defendant Shakira Cox | Aidan O'Connor<br>Attorney for Defendant Amal Blaine |
| Bruce Throckmorton<br>Attorney for Defendant Steven Baptiste-Jean | Darren M. Gelber<br>Attorney for Defendant Athena Giles |
| Charles Waldron<br>Attorney for Defendant Brandon Keyes | |

3

_____
Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

_____
Robert Haney
Attorney for Defendant Dwight Simon

_____
Alyssa A. Cimino
Attorney for Defendant Evens Joseph

_____
Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

_____
James R. Murphy
Attorney for Defendant Junior Parcias

_____
Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

_____
John M. Holliday
Attorney for Defendant Jerrel Collins

_____
Maria Noto
Attorney for Defendant Kurtis Barnes

_____
Edward J. Plaza
Attorney for Defendant Reginald Walker

_____
Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

_____
Michael A. Armstrong
Attorney for Defendant Shakira Cox

_____
Aidan O'Connor
Attorney for Defendant Amal Blaine

_____
Bruce Throckmorton
Attorney for Defendant Steven Baptiste-Jean

_____
Darren M. Gelber
Attorney for Defendant Athena Giles

_____
Charles Waldron
Attorney for Defendant Brandon Keyes

3

| | |
|---|---|
| Edward C. Bertucio, Jr.<br>Attorney for Defendant Eric Smith | Robert Haney<br>Attorney for Defendant Dwight Simon |
| Alyssa A. Cimino<br>Attorney for Defendant Evens Joseph | Mark Davis<br>Attorney for Defendant Harriel Jean-Baptiste |
| James R. Murphy<br>Attorney for Defendant Junior Parcias | Joshua L. Markowitz<br>Attorney for Defendant Laurie Matthews |
| John M. Holliday<br>Attorney for Defendant Jerrel Collins | Maria Noto<br>Attorney for Defendant Kurtis Barnes |
| Edward J. Plaza<br>Attorney for Defendant Reginald Walker | Nikole A. Pezzullo<br>Attorney for Defendant Mackenson Casimir |
| Michael A. Armstrong<br>Attorney for Defendant Shakira Cox | Aidan O'Connor<br>Attorney for Defendant Amal Blaine |
| Bruce Throckmorton<br>Attorney for Defendant Steven Baptiste-Jean | Darren M. Gelber<br>Attorney for Defendant Athena Giles |
| Charles Waldron<br>Attorney for Defendant Brandon Keyes | |

3

| | |
|---|---|
| _____ <br> Edward C. Bertucio, Jr. <br> Attorney for Defendant Eric Smith | _____ <br> Robert Haney <br> Attorney for Defendant Dwight Simon |
| _____ <br> Alyssa A. Cimino <br> Attorney for Defendant Evens Joseph | _____ <br> Mark Davis <br> Attorney for Defendant Harriel Jean-Baptiste |
| _____ <br> James R. Murphy <br> Attorney for Defendant Junior Parcias | _____ <br> Joshua L. Markowitz <br> Attorney for Defendant Laurie Matthews |
| _____ <br> John M. Holliday <br> Attorney for Defendant Jerrel Collins | _____ <br> Maria Noto <br> Attorney for Defendant Kurtis Barnes |
| _____ <br> Edward J. Plaza <br> Attorney for Defendant Reginald Walker | _____ <br> Nikole A. Pezzullo <br> Attorney for Defendant Mackenson Casimir |
| _____ <br> Michael A. Armstrong <br> Attorney for Defendant Shakira Cox | *[signature]* _____ <br> Aidan O'Connor <br> Attorney for Defendant Amal Blaine |
| _____ <br> Bruce Throckmorton <br> Attorney for Defendant Steven Baptiste-Jean | _____ <br> Darren M. Gelber <br> Attorney for Defendant Athena Giles |
| _____ <br> Charles Waldron <br> Attorney for Defendant Brandon Keyes | |

3

_____  _____
Edward C. Bertucio, Jr.    Robert Haney
Attorney for Defendant Eric Smith    Attorney for Defendant Dwight Simon


_____  _____
Alyssa A. Cimino    Mark Davis
Attorney for Defendant Evens Joseph    Attorney for Defendant Harriel Jean-Baptiste


_____  _____
James R. Murphy    Joshua L. Markowitz
Attorney for Defendant Junior Parcias    Attorney for Defendant Laurie Matthews


_____  _____
John M. Holliday    Maria Noto
Attorney for Defendant Jerrel Collins    Attorney for Defendant Kurtis Barnes


_____  _____
Edward J. Plaza    Nikole A. Pezzullo
Attorney for Defendant Reginald Walker    Attorney for Defendant Mackenson Casimir


_____  _____
Michael A. Armstrong    Aidan O'Connor
Attorney for Defendant Shakira Cox    Attorney for Defendant Amal Blaine


_/s/ Bruce Throckmorton_____  _____
Bruce Throckmorton    Darren M. Gelber
Attorney for Defendant Steven Baptiste-Jean    Attorney for Defendant Athena Giles


_____
Charles Waldron
Attorney for Defendant Brandon Keyes

3

_____  _____
Edward C. Bertucio, Jr.  Robert Haney
Attorney for Defendant Eric Smith  Attorney for Defendant Dwight Simon


_____  _____
Alyssa A. Cimino  Mark Davis
Attorney for Defendant Evens Joseph  Attorney for Defendant Harriel Jean-Baptiste


_____  _____
James R. Murphy  Joshua L. Markowitz
Attorney for Defendant Junior Parcias  Attorney for Defendant Laurie Matthews


_____  _____
John M. Holliday  Maria Noto
Attorney for Defendant Jerrel Collins  Attorney for Defendant Kurtis Barnes


_____  _____
Edward J. Plaza  Nikole A. Pezzullo
Attorney for Defendant Reginald Walker  Attorney for Defendant Mackenson Casimir


_____  _____
Michael A. Armstrong  Aidan O'Connor
Attorney for Defendant Shakira Cox  Attorney for Defendant Amal Blaine


_____  /s/ Darren M. Gelber
Bruce Throckmorton  _____
Attorney for Defendant Steven Baptiste-Jean  Darren M. Gelber
 Attorney for Defendant Athena Giles


_____
Charles Waldron
Attorney for Defendant Brandon Keyes


3

_____
Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

_____
Robert Haney
Attorney for Defendant Dwight Simon

_____
Alyssa A. Cimino
Attorney for Defendant Evens Joseph

_____
Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

_____
James R. Murphy
Attorney for Defendant Junior Parcias

_____
Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

_____
John M. Holliday
Attorney for Defendant Jerrel Collins

_____
Maria Noto
Attorney for Defendant Kurtis Barnes

_____
Edward J. Plaza
Attorney for Defendant Reginald Walker

_____
Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

_____
Michael A. Armstrong
Attorney for Defendant Shakira Cox

_____
Aidan O'Connor
Attorney for Defendant Amal Blaine

_____
Bruce Throckmorton
Attorney for Defendant Steven Baptiste-Jean

_____
Darren M. Gelber
Attorney for Defendant Athena Giles

*/s/ Charles E Waldron*
Charles Waldron
Attorney for Defendant Brandon Keyes

3

| | |
|---|---|
| _____ <br> Edward C. Bertucio, Jr. <br> Attorney for Defendant Eric Smith | _____ <br> Robert Haney <br> Attorney for Defendant Dwight Simon |
| _____ <br> Alyssa A. Cimino <br> Attorney for Defendant Evens Joseph | _____ <br> Mark Davis <br> Attorney for Defendant Harriel Jean-Baptiste |
| _____ <br> James R. Murphy <br> Attorney for Defendant Junior Parcias | _____ <br> Joshua L. Markowitz <br> Attorney for Defendant Laurie Matthews |
| _____ <br> John M. Holliday <br> Attorney for Defendant Jerrel Collins | _____ <br> Maria Noto <br> Attorney for Defendant Kurtis Barnes |
| _____ <br> Edward J. Plaza <br> Attorney for Defendant Reginald Walker | _____ <br> Nikole A. Pezzullo <br> Attorney for Defendant Mackenson Casimir |
| _____ <br> Michael A. Armstrong <br> Attorney for Defendant Shakira Cox | _____ <br> Aidan O'Connor <br> Attorney for Defendant Amal Blaine |
| _____ <br> Bruce Throckmorton <br> Attorney for Defendant Steven Baptiste-Jean | _____ <br> Darren M. Gelber <br> Attorney for Defendant Athena Giles |
| _____ <br> Charles Waldron <br> Attorney for Defendant Brandon Keyes | */s/ David Schafer* <br> David E. Schafer <br> Attorney for Defendant Charlene Braithwaite-Lovett |

3