UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| v. | : | Mag. No. 14-4518 (LHG) |
| HERVE CADET, et. al. | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by R. Joseph Gribko, and Elisa Wiygul Assistant U.S. Attorneys), and defendants through their undersigned counsel, for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days; and seven continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and defendants being aware that they have the right to have the matter submitted to a grand jury within 30 days of the date of their arrest pursuant to Title 18, United States Code, Section 3161(b); and as the defendants have consented to such a continuance for a period of 60 days, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and defendants desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 15th day of January, 2016,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from the date this order is entered through and including March 12, 2016;

IT IS FURTHER ORDERED that the period from the date this order is entered through and including March 12, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

APPROVED BY:

R. Joseph Gribko
Assistant U.S. Attorney

Eric W. Moran
Attorney-in-Charge, Trenton

William Fitzpatrick/ETW
William E. Fitzpatrick
Deputy U.S. Attorney

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

______________________
Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

______________________
Robert Haney
Attorney for Defendant Dwight Simon

______________________
Alyssa A. Cimino
Attorney for Defendant Evens Joseph

______________________
Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

______________________
James R. Murphy
Attorney for Defendant Junior Parcias

______________________
Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

______________________
John M. Holliday
Attorney for Defendant Jerrel Collins

______________________
Maria Noto
Attorney for Defendant Kurtis Barnes

______________________
Edward J. Plaza
Attorney for Defendant Reginald Walker

______________________
Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

______________________
Michael A. Armstrong
Attorney for Defendant Shakira Cox

______________________
Aidan O'Connor
Attorney for Defendant Amal Blaine

______________________
Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

______________________
Darren M. Gelber
Attorney for Defendant Athena Gilles

______________________
Lawrence Welle
Attorney for Defendant Schneider Monestime

______________________
Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Charles Waldron
Attorney for Defendant Brandon Keyes

Edward C. Bertucio, Jr.
Attorney for Defendant Eric Smith

Robert Haney
Attorney for Defendant Dwight Simon

Alyssa A. Cimino
Attorney for Defendant Evens Joseph

Mark Davis
Attorney for Defendant Harriel Jean-Baptiste

James R. Murphy
Attorney for Defendant Junior Parcias

Joshua L. Markowitz
Attorney for Defendant Laurie Matthews

John M. Holliday
Attorney for Defendant Jerrel Collins

Maria Noto
Attorney for Defendant Kurtis Barnes

Edward J. Plaza
Attorney for Defendant Reginald Walker

Nikole A. Pezzullo
Attorney for Defendant Mackenson Casimir

Michael A. Armstrong
Attorney for Defendant Shakira Cox

Aidan O'Connor
Attorney for Defendant Amal Blaine

Bruce Throckmorton
Attorney for Defendant Steven Jean-Baptiste

Darren M. Gelber
Attorney for Defendant Athena Gilles

Lawrence Welle
Attorney for Defendant Schneider Monestime

Charles Waldron
Attorney for Defendant Brandon Keyes

David Schafer (signature)
David Schafer
Attorney for Defendant Charlene Braithwaite-Lovett