JAMES R. MURPHY, ESQUIRE
947 State Rd, Suite 205
Princeton, New Jersey 08540
609-497-1994
Attorney for Defendant

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 14-4518-8 LHG |
| vs, | |
| | ORDER AMENDING<br>CONDITIONS OF RELEASE |
| JUNIOR PARCIAS<br>    Defendant. | |

---

This matter having been opened to the Court upon the application of James R. Murphy, Esquire, appearing on behalf of the defendant, Junior Parcias , on notice to and with no objection of the United States Attorney , Paul J. Fishman , Esq., ( Elisa Wiygul , Assistant United States Attorney appearing) and United States Pretrial Services ( Daniel Milne  appearing ) and the Court having considered the request for an order modifying the conditions of defendant's bail and the Court having found that the proposed modifications are reasonable and will assure the defendant's presence and the safety of the community and for good cause shown;

It is on this   10th day of February  2016 ,

ORDERED that an order Setting Conditions of Release entered October 20 , 2014 and modified on July 23, 2015  is  hereby amended to remove the Home Detention with GPS monitoring  provision and curfew provision . All other terms and conditions  shall remain in full force and effect.

_____
Hon. Lois H. Goodman
United States Magistrate Judge