JAMES R. MURPHY, ESQUIRE
947 State Rd, Suite 205
Princeton, New Jersey 08540
609-497-1994
Attorney for Defendant

---

UNITED STATES OF AMERICA

vs,

JUNIOR PARCIAS
    Defendant.

Mag. No. 14-4518-8 LHG

CONSENT
ORDER AMENDING
CONDITIONS OF RELEASE

---

This matter having been opened to the Court upon the application of James R. Murphy, Esquire, appearing on behalf of the defendant, Junior Parcias, on notice to and with consent of the United States Attorney, Paul J. Fishman, Esq., (Fabiana Pierre-Louis, Assistant United States Attorney appearing) and United States Pretrial Services (Daniel Milne appearing) and the Court having considered the request for an order modifying the conditions of defendant's bail and the Court having found that the proposed modifications are reasonable and will assure the defendant's presence and the safety of the community and for good cause shown;

It is on this 26th day of January 2017,

ORDERED that an order Setting Conditions of Release entered October 20, 2014 and modified on June 30, 2016 is hereby amended to remove the Home Detention with GPS monitoring provision and curfew provision. All other terms and conditions shall remain in full force and effect.

                                    Hon. Lois H. Goodman
                                    United States Magistrate Judge

Approved by

Fabiana - Pierre Louis, A.U.S.A.